```
                        United States Bankruptcy Court
                         Eastern District of New York
```

In re:                                                              Case No. 19-40138-ess
Deborah A. Morales                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1           User: admin              Page 1 of 2              Date Rcvd: Jun 05, 2019
                               Form ID: 318DF7          Total Noticed: 15

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2019.
db              Deborah A. Morales,    7 Gauldy Ave,    Staten Island, NY 10314-7204
smg            +NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
                 Brooklyn, NY 11201-3739
smg            +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                 Albany, NY 12240-0001
9552755        +NYC Water Board,   Andrew Rettig,    Assistant Counsel,    59-17 Junction Blvd, 13th Floor,
                 Elmhurst, NY 11373-5188
9438366        +Select Portfolio Servicing, Inc.,    c/o Shapiro, DiCaro & Barak, LLC,
                 175 Mile Crossing Boulevard,    Rochester, NY 14624-6249
9434083         Select Portfolio Svcin,   10401 Deerwood Park Blvd,    Jacksonville, FL 32256-5007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: BRJMCCORD.COM Jun 05 2019 22:43:00      Richard J. McCord,   Certilman Balin Adler & Hyman,
                 90 Merrick Avenue,    East Meadow, NY 11554-1597
smg            +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Jun 05 2019 18:56:39
                 NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,
                 Albany, NY 12205-0300
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jun 05 2019 18:55:34
                 Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,    201 Varick Street, Suite 1006,   New York, NY 10014-9449
9434077         EDI: FORD.COM Jun 05 2019 22:43:00      Ford Motor Credit Co,   PO Box 54200,
                 Omaha, NE 68154-8000
9434078         EDI: FORD.COM Jun 05 2019 22:43:00      Ford Motor Credit Comp,   PO Box 542000,
                 Omaha, NE 68154-8000
9434079         EDI: FORD.COM Jun 05 2019 22:43:00      Lincoln Automotive Financial Service,    Attn: Bankruptcy,
                 PO Box 542000,   Omaha, NE 68154-8000
9434081         EDI: PRA.COM Jun 05 2019 22:43:00      Portfolio Recovery Associates LLC,    PO Box 12914,
                 Norfolk, VA 23541-0914
9434080         EDI: PRA.COM Jun 05 2019 22:43:00      Portfolio Recov Assoc,   120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502-4952
9434082         E-mail/Text: jennifer.chacon@spservicing.com Jun 05 2019 18:56:51
                 Select Portfolio Servicing, Inc,   Attn: Bankruptcy,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Richard J. McCord,   Certilman Balin Adler & Hyman,    90 Merrick Avenue,
                 East Meadow, NY 11554-1597
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2019 at the address(es) listed below:
              Kevin Zazzera    on behalf of Debtor Deborah A. Morales kzazz007@yahoo.com
              Nicole DiStasio    on behalf of Creditor   Select Portfolio Servicing, Inc. as Servicer for U.S.
               Bank N.A., as trustee, on behalf of the holders, of the J.P. Morgan Mortgage Acquisition Trust
               2006-WMC4 Asset Backed Pass-Through Certificates, S NYBKCourt@logs.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Richard J. McCord    on behalf of Trustee Richard J. McCord rmccord@cbah.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;Nl90@ecfcbis.com;mmccord@certilmanbalin.c
               om
```

```
District/off: 0207-1            User: admin               Page 2 of 2              Date Rcvd: Jun 05, 2019
                                Form ID: 318DF7           Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Richard J. McCord    rmccord@cbah.com,
           afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.com

          Shari S Barak    on behalf of Creditor    Select Portfolio Servicing, Inc. as Servicer for U.S. Bank N.A., as trustee, on behalf of the holders, of the J.P. Morgan Mortgage Acquisition Trust 2006-WMC4 Asset Backed Pass-Through Certificates, S sbarak@logs.com, NYBKCourt@logs.com

                                                                                                    TOTAL: 6

| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Deborah A. Morales** | Social Security number or ITIN  **xxx−xx−2465** |
| First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)  First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | |
| Case number:  **1−19−40138−ess** | |

# Order of Discharge and Final Decree

**Revised: 12/15**

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

    Deborah A. Morales
    aka Debbie Morales, aka Deborah Kurland

**IT IS FURTHER ORDERED**:

- Richard J. McCord (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above−named debtor(s) is closed.

**BY THE COURT**

Dated: June 5, 2019

s/ Elizabeth S. Stong
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Official Form 318DF7    **Chapter 7 Order of Discharge and Final Decree**    page 1

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**